IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| State of South Carolina by and through Robert Ariail, in his capacity as Solicitor of the Thirteenth Judicial Circuit,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LendingTree, LLC f/k/a LendingTree, Inc. d/b/a LendingTree.com, Realestate.com, and LendingTree, Inc.,<br><br>　　　　　　　　　　Defendant. | Civil Action No.  6:08-cv-03044-HFF<br><br>**ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT** |

Upon motion of Defendant LendingTree, it is hereby ordered that LendingTree's time to respond to Plaintiff's complaint by answer, motion, or otherwise is extended until October 22, 2008, and Defendant's response to the Complaint shall be served on or before that date. The Plaintiff does not object to this Court granting LendingTree's motion.

　　　　IT IS SO ORDERED.

October 15, 2008　　　　　　　　　　　　　　　　s/Henry F. Floyd

Spartanburg, SC　　　　　　　　　　　　　　　　United States District Court Judge