IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| State of South Carolina by and through Robert Ariail, in his capacity as Solicitor of the Thirteenth Judicial Circuit,<br><br>          Plaintiff,<br><br>vs.<br><br>LendingTree, LLC f/k/a LendingTree, Inc. d/b/a LendingTree.com, Realestate.com, and LendingTree, Inc.,<br><br>          Defendant. | Civil Action No. 6:08-cv-03044-HFF<br><br>**ORDER STAYING SCHEDULE AND DISCLOSURE AND CONFERENCE DEADLINES** |

  Upon the joint motion of Plaintiff and Defendant it is hereby ordered that the schedule in this case and all Federal and Local Civil Rule disclosure and conference requirements (Dkt. no. 12) are stayed pending ruling on Plaintiff's motion to remand this action to state court.

  IT IS SO ORDERED.

                  **s/Henry F. Floyd**
                  Henry F. Floyd
                  United States District Court Judge

Spartanburg, South Carolina
October 20, 2008