# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA by and through Robert Ariail, in his capacity as Solicitor of the Thirteenth Judicial Circuit, Plaintiff, <br> v. <br> LENDINGTREE, LLC f/k/a LENDING-TREE, INC. d/b/a LENDINGTREE.COM, REALESTATE.COM, and LENDINGTREE, INC., <br> Defendant. | Civil Action No.: 6:08-cv-3044-HFF <br><br> **Order** |

By Order of this Court on October 20, 2008 (Dkt. No. 21), the Schedule in this case was stayed, including all Federal and Local Civil Rule disclosure and conference requirements, pending ruling on Plaintiff's motion to remand this action to state court. Since entry of the Order, Defendant has filed a motion to dismiss.

Plaintiff seeks and Defendant consents to an extension of time to respond to Defendant's motion to dismiss. The parties have consulted, through counsel, and have agreed as follows: Plaintiff's response to the motion to dismiss shall be due within 15 days of the date of entry of the Court's order on Plaintiff's motion to remand. Defendant's reply to this response shall be due within 10 days after the filing of Plaintiff's response.

After careful consideration of the motion and pleadings, Plaintiff's motion is granted for good cause shown.

THEREFORE, IT IS HEREBY ORDERED that

Plaintiff's response to Defendant's motion to dismiss is due no later than 15 days after entry of this Court's order on Defendant's motion to remand.

Defendant's reply, if any is made, is due within 10 days after filing of the Plaintiff's response.

                    AND IT IS SO ORDERED.

                                    s/Henry F. Floyd
                              The Honorable Henry F. Floyd

   November 6 , 2008
Spartanburg, SC